An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

VAHE KAZARIAN,
Appellant,

vs.

ALYA HAKOBYAN,
Respondent.

No. 65125

**FILED**

JUL 1 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's motion for voluntary dismissal, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. William B. Gonzalez, District Judge, Family Court Division
Vaccarino Law Office
Nehme-Tomalka & Associates
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-23149